PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA ROCHELLE BALTRIP, | **CASE NO. 1:16-CV-00525-EPG** |
| Plaintiff, | |
| v. | **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court is in receipt of the Stipulation to Reschedule the oral argument in this matter. The oral argument currently set for Thursday, September 21 at 9:30 a.m. is rescheduled to Thursday, September 28, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **September 13, 2017**  /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE